# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hall, Sarah A. | Bankruptcy Court - Western District of OK | 09/02/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Court Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court
215 Dean A. McGee, 9th Floor
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (See Part VII, lines 12-61) |
| 2. | Director` | Oklahoma Bar Association Bankruptcy Reorganization Committee |
| 3. | Director | Federal Bar Association - Oklahoma City Chapter |
| 4. | Director | The Historical Society for the United States District Court for the Western District of Oklahoma |
| 5. | Member | Board of Visitors, University of Oklahoma Honors College |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | spouse (self-employed lawyer) professional corporation - salary and member distribution - K-1 |
| 2. | 2019 | National Cooperative Refinery Association - royalty |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Smith Barney Bank Deposit Program | | None | J | T | | | | | |
| 2. LL&E Royalty Trust | | None | J | T | | | | | |
| 3. Massachusetts Mutual Limited Pay Whole Life Policy | A | Dividend | K | T | | | | | |
| 4. Massachusetts Mutual Whole Life Policy | B | Dividend | L | T | | | | | |
| 5. Massachusetts Mutual Ltd Pay Whole Life @ 65 Policy | A | Dividend | J | T | | | | | |
| 6. Massachusetts Mutual Ltd Pay Whole Life Policy | A | Dividend | K | T | | | | | |
| 7. Massachusetts Mutual Whole Life Policy | B | Dividend | L | T | | | | | |
| 8. Massachusetts Mutual Ltd Pay Whole Life @65 Policy | A | Dividend | K | T | | | | | |
| 9. 20 Payment Life | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 10. TRUST #1 | E | Int./Div. | | | | | | | |
| 11. Morgan Stanley Private Bank | A | Interest | J | T | | | | | |
| 12. - AT&T | A | Dividend | K | T | Buy (add'l) | 02/04/19 | J | | |
| 13. - Chevron Corp. | A | Dividend | J | T | Buy (add'l) | 02/04/19 | J | | |
| 14. - Community Trust Bancorp Inc. | A | Dividend | | | Buy (add'l) | 02/04/19 | J | | |
| 15. | | | | | Sold | 08/20/19 | J | A | |
| 16. - Duke Energy Corp. New | A | Dividend | J | T | Buy (add'l) | 02/04/19 | J | | |
| 17. - Emerson Electronic Co. | A | Dividend | J | T | Buy (add'l) | 02/04/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.    - Nucor Corporation | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 20.    - Proctor & Gamble | A | Dividend | K | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 21.    - Realty Income Corp. | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 22.    - Sonoco Products Co. | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 23.    - DNP Select Income Inc. | B | Dividend | K | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 24.    - Eaton Vance Tax Mgd Div Equ Fd | B | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 25.    - Nuveen Taxable Municipal Incm FD | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 26.    - PIMCO Corporate & Income Oppor. | B | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 27.    - Franklin Income Adv. | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 28. | | | | | Sold | 08/08/19 | J | | |
| 29.    - Lord Abbett Sht Duration Inc. F | C | Dividend | M | T | Buy<br>(add'l) | 02/04/19 | K | | |
| 30. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 31.    - Target Corp. | A | Dividend | K | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 32. | | | | | Buy<br>(add'l) | 09/05/19 | J | | |
| 33.    - Altria Group Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 34.    - International Business Machines Corp. | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy | 05/20/19 | J | | |
| 36. | | | | | Sold<br>(part) | 12/05/19 | J | | |
| 37. - Verizon Communications | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 38. - Foot Locker Inc. | A | Dividend | | | Buy | 02/04/19 | J | | |
| 39. | | | | | Sold | 05/20/19 | J | A | |
| 40. - Alliance Berstein Income Adv. | B | Dividend | L | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 41. - Cardinal Health Inc. | A | Dividend | | | Buy | 02/04/19 | J | | |
| 42. | | | | | Sold | 04/04/19 | J | | |
| 43. - Omega Healthcare Inv. Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 44. - Eaton Vance Tax Mg CEF | B | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 45. - WP Carey Inc, Com | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 46. - Abbvie Inc. Com | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 48. - General Mills, Inc. | A | Dividend | | | Buy<br>(add'l) | 02/04/19 | J | | |
| 49. | | | | | Sold | 05/30/19 | J | | |
| 50. - Main Sreet Capital | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |
| 51. - Helmerich & Payne | A | Dividend | | | Buy | 04/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Sold | 12/15/19 | J | | |
| 53.   - 3M Company | A | Dividend | J | T | Buy | 05/20/19 | J | | |
| 54.   - Leggett & Platt Inc. | A | Dividend | K | T | Buy | 05/30/19 | J | | |
| 55.   - Guggenheim Strategic Oppt. | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 56.   - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 08/22/19 | J | | |
| 57.   IRA #2 | E | Int./Div. | | | | | | | |
| 58.   - Morgan Stanley Private Bank | A | Interest | J | T | | | | | |
| 59.   - AT&T, Inc. | A | Dividend | J | T | Buy<br>(add'l) | 05/20/19 | J | | |
| 60.   - Chevron Corp. | A | Dividend | J | T | | | | | |
| 61.   - Community Trust Bancorp Inc. | A | Dividend | | | Buy<br>(add'l) | 04/22/19 | J | | |
| 62. | | | | | Sold | 08/23/19 | J | A | |
| 63.   - Duke Energy Corp. New | A | Dividend | J | T | | | | | |
| 64.   - Emerson Electric Co. | A | Dividend | J | T | | | | | |
| 65.   - Nucor Corporation | A | Dividend | J | T | | | | | |
| 66.   - Proctor & Gamble | A | Dividend | J | T | | | | | |
| 67.   - Realty Income Corp. | A | Dividend | J | T | | | | | |
| 68.   - Sonoco Products Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - DNP Select Income Inc. | B | Dividend | K | T | | | | | |
| 70. - Eaton Vance Tax Mgd Div Equ FD | B | Dividend | J | T | Buy<br>(add'l) | 04/22/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 07/17/19 | J | | |
| 72. - Nuveen Taxable Municipal Incm Fd | A | Dividend | J | T | | | | | |
| 73. - PIMCO Corporate & Incom Oppor. | B | Dividend | K | T | | | | | |
| 74. - Lord Abbett Sht Duration Inc F | C | Dividend | L | T | Buy<br>(add'l) | 04/22/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 07/17/19 | J | | |
| 76. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 77. - Target Corp. | A | Dividend | J | T | Sold<br>(part) | 09/05/19 | J | B | |
| 78. - Altria Group Inc. | A | Dividend | J | T | | | | | |
| 79. - International Business Machines Corp. | A | Dividend | J | T | Buy<br>(add'l) | 05/20/19 | J | | |
| 80. - Verizon Communications | A | Dividend | J | T | | | | | |
| 81. - Foot Locker Inc. | A | Dividend | | | Sold | 05/20/19 | J | C | |
| 82. - Alliance Berstein Income Adv. | B | Dividend | K | T | | | | | |
| 83. - Cardinal Health Inc. | A | Dividend | | | Sold | 04/04/19 | J | | |
| 84. - Omega Healthcare Inv. Inc. | A | Dividend | J | T | | | | | |
| 85. - Eaton Vance Tax Mg CEF | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - WP Carey Inc. Com | A | Dividend | J | T | | | | | |
| 87.  - Abbvie Inc. Com. | A | Dividend | J | T | Buy<br>(add'l) | 04/22/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 89.  - General Mills Inc. | A | Dividend | | | Sold | 05/30/19 | J | A | |
| 90.  - Main Street Capital Corp. | A | Dividend | J | T | Buy<br>(add'l) | 04/22/19 | J | | |
| 91.  - Helmerich & Payne | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 92. | | | | | Buy | 07/17/19 | J | | |
| 93.  - 3M Company | A | Dividend | J | T | Buy | 05/20/19 | J | | |
| 94. | | | | | Buy<br>(add'l) | 07/17/19 | J | | |
| 95.  - Leggett & Platt Inc. | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 96.  - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 08/23/19 | J | | |
| 97.  TRUST #2 (sep ira #2) | E | Int./Div. | | | | | | | |
| 98.  - MidFirst Bank Acct | A | Interest | M | T | | | | | |
| 99.  - Morgan Stanley Private Bank | A | Interest | J | T | | | | | |
| 100.  - AT&T Inc. | B | Dividend | K | T | Buy<br>(add'l) | 05/20/19 | J | | |
| 101.  - Chevron Corp. | B | Dividend | K | T | | | | | |
| 102.  - Community Trust Bancorp Inc. | A | Dividend | | | Buy<br>(add'l) | 04/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 08/22/19 | K | C | |
| 104.  - Duke Energy Corp. New | B | Dividend | K | T | | | | | |
| 105.  - Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 106.  - Nucor Corp. | A | Dividend | K | T | | | | | |
| 107.  - Proctor & Gamble | A | Dividend | K | T | | | | | |
| 108.  - Realty Income Corp. | B | Dividend | K | T | | | | | |
| 109.  - Sonoco Products Co. | A | Dividend | K | T | | | | | |
| 110.  - DNP Select Income Inc. | C | Dividend | L | T | | | | | |
| 111.  - Eaton Vance Tax Mgd Div Equ FD | C | Dividend | K | T | Buy | 04/22/19 | J | | |
| 112.  - Nuveen Taxable Municipal Incm Fd | B | Dividend | K | T | | | | | |
| 113.  - PIMCO Corporate & Income Oppor. | C | Dividend | K | T | | | | | |
| 114.  - Lord Abbett Sht Duration Inc. F | D | Dividend | M | T | Buy (add'l) | 04/22/19 | J | | |
| 115. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 116.  - Target Corp. | A | Dividend | K | T | Sold (part) | 09/15/19 | J | C | |
| 117.  - Altria Group Inc. | B | Dividend | K | T | Buy (add'l) | 09/06/19 | J | | |
| 118.  - International Business Machines Corp. | B | Dividend | K | T | Buy (add'l) | 05/20/19 | J | | |
| 119.  - Verizon Communications | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Foot Locker Inc. | A | Dividend | | | Sold | 05/20/19 | K | D | |
| 121.  - Alliance Berstein Income Adv. | C | Dividend | M | T | | | | | |
| 122.  - Cardinal Health Inc. | A | Dividend | | | Sold | 04/04/19 | K | | |
| 123.  - Omega Healthcare Inv. Inc. | B | Dividend | K | T | | | | | |
| 124.  -Eaton Vance Tax Mg CEF | C | Dividend | K | T | | | | | |
| 125.  - WP Carey Inc. Com | B | Dividend | K | T | | | | | |
| 126.  - Abbvie Inc. Com | A | Dividend | K | T | Buy<br>(add'l) | 04/22/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 05/20/19 | J | | |
| 128.  - General Mills. Inc. | A | Dividend | | | Sold | 05/30/19 | K | B | |
| 129.  - Main Street Capital Corp. | B | Dividend | K | T | | | | | |
| 130.  - Central National Bank CD | B | Interest | M | T | | | | | |
| 131.  - Helmerich & Payne | A | Dividend | | | Buy | 04/04/19 | K | | |
| 132. | | | | | Sold | 12/15/19 | J | | |
| 133.  - 3M Company | A | Dividend | K | T | Buy | 05/20/19 | J | | |
| 134.  - Leggett & Platt Inc. | A | Dividend | K | T | Buy | 05/30/19 | J | | |
| 135.  - Exxon Mobil Corp. | A | Dividend | K | T | Buy | 08/22/19 | J | | |
| 136.  TRUST #3 | C | Interest | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hall, Sarah A.** | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Morgan Stanley Private Bank | A | Interest | J | T | | | | | |
| 138. - Bank Baroda New | | None | | | Redeemed | 01/30/19 | K | | |
| 139. - Investors Savgs Bk | | None | | | Redeemed | 04/18/19 | K | | |
| 140. - First Bank CD Richmond In CD | | None | | | Redeemed | 07/24/19 | K | | |
| 141. - Federated Govt Obligations PRM | B | Interest | M | T | Buy | 01/31/19 | K | | |
| 142. | | | | | Buy (add'l) | 04/18/19 | K | | |
| 143. | | | | | Buy (add'l) | 07/24/19 | K | | |
| 144. BROKERAGE ACCOUNT #1 | A | Interest | | | | | | | |
| 145. - Extended Insurance Sweep Account - ETrade | A | Interest | J | T | | | | | |
| 146. - PMX Communities Inc. | | None | J | T | | | | | |
| 147. Midfirst Bank Account | A | Interest | J | T | | | | | |
| 148. Edward Jones Inherited IRA | A | Interest | | | | | | | |
| 149. - Cash Account | A | Interest | J | T | Open | 07/26/19 | J | | |
| 150. | | | | | Distributed (part) | 10/31/19 | J | | |
| 151. - VK Babs Income Trust 36 | A | Interest | J | T | Distributed (part) | 07/26/19 | K | | |
| 152. | | | | | | | | | |
| 153. Edward Jones Single Account | A | Int./Div. | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   - Cash | A | Interest | J | T | Open | 07/24/19 | J | | |
| 155.   - American Cap Wrld Grw & Inc | A | Dividend | J | T | Open | 07/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hall, Sarah A.** | 09/02/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.Nuveen Build America Bonds FD renamed Nuveen Taxable Municpl Incm Fd in November 2019 - lines 25, 73, 113.

| Name of Person Reporting | Date of Report |
|---|---|
| Hall, Sarah A. | 09/02/2021 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Sarah A. Hall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544